

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-18-00032-CR

Sebastian **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4903
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The original due date for appellant's brief was March 1, 2018. On February 26, 2018, appellant filed a motion for extension of time to file his brief, requesting a sixty day extension. In his motion, appellant states he has been unable to confer with the State regarding this case and needs more time to prepare the brief.

After consideration, we **GRANT** appellant's request for an extension of time to file his brief and **ORDER** appellant to file his brief in this court **on or before April 30, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court